IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS A. DE SHAZO, individually and R.D., individually,<br><br>       Plaintiff,<br><br>    v.<br><br>JENNY V. GALLEGOS, individually, SALLI BOLTHOUSE, individually, WILLIAM G. HARRIGFELD, individually, TIMOTHY HANSEN, individually, "JOHN DOES" 1-30, individually, ADA COUNTY, IDAHO,<br><br>       Defendants. | Case No. 1:14-CV-278-BLW<br><br>**ORDER DISMISSING DEFENDANT SALLI BOLTHOUSE** |

The defendant Salli Bolthouse filed a motion to dismiss on July 31, 2014. The Clerk's Office sent a Notice to the pro se plaintiff explaining that a consequence of his failure to respond. When no response was forthcoming, the Court gave the plaintiff additional time to respond. Having received no response, and finding the motion to be well-taken after an independent review,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to dismiss (docket no. 3) is GRANTED and that defendant Salli Bolthouse is DISMISSED as a defendant.

IT IS FURTHER ORDERED, that the defendant Bolthouse is awarded her attorney fees pursuant to 42 U.S.C. § 1988, and that she shall submit a petition for those fees within twenty (20) days from the date of this decision.



DATED: October 24, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court